| COURTROOM DEPUTY MINUTES | DATE: 8/31/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:25 - 3:30 |

| | | |
|---|---|---|
| √ | INITIAL APPEARANCE | COURT REPORTER: RISA ENTREKIN |
| ☐ | BOND HEARING | |
| ☐ | DETENTION HEARING | |
| ☐ | REMOVAL HEARING (R.40) | |
| ☐ | ARRAIGNMENT | |
| ☐ | ARRAIGNMENT on SUPERSEDING INDICTMENT | |
| ☐ | PRELIMINARY EXAMINATION | |

PRESIDING MAG. JUDGE **CHARLES S. COODY**      DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05MJ108-CSC**      DEFT. NAME: **ROGELIO GONZALEZ-OLTHEHUA**

USA: **SUSAN REDMOND**      ATTY: **JOSEPH VAN HEEST**

Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; (√) CDO;

USPTSO/USPO: **TAMARA MARTIN**

Defendant __√__ does _____ does NOT need an interpreter;
Interpreter present __√__ NO ____ YES NAME: **BEVERLY CHILDRESS**

| | | |
|---|---|---|
| √ Kars. | Date of Arrest **8/25/05** or ☐ karsr40 | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| √ kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| √ | Requests appointed Counsel  √ ORAL MOTION for Appointment of Counsel | |
| √ finaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐ koappted | ORAL ORDER appointing Community Defender Organization  - **Notice to be filed.** | |
| √ k20appt. | Panel Attorney Appointed; √ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **Detention Hearing** ☐ held; ☐ Set for _____ ; √ **Preliminary Hrg** √ Set for **9/1 @ 2:30** | |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐kbnd. | ☐ BOND EXECUTED (M/D AL charges) $ _____. Deft released (kloc LR) | |
| | ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered | |
| √ kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| ☐karr. | **ARRAIGNMENT** SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. | |
| | ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: _____ | |
| ☐ Krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐kwvspt | Waiver of Speedy Trial Act Rights Executed. | |

** INS detainer on placed on defendant**