# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHER DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 9/1/05 | AT | |
| DATE COMPLETED: 9/1/05 | AT | Digital Recorded |

UNITED STATES OF AMERICA          *
                                  *       2:39 p.m. to 2:55 p.m.
    Plaintiff                     *
                                  *
vs.                               *       CASE NO.: 2:05MJ107-CSC
                                  *
AGUSTIN CALIHUA-TZOMPAXTLE        *
                                  *
    Defendant                     *

---

UNITED STATES OF AMERICA          *       Digital Recorded
                                  *
    Plaintiff                     *       2:55 p.m. to 3:17 p.m.
                                  *
vs.                               *       CASE NO.: 2:05MJ108-CSC
                                  *
ROGELIO GONZALEZ-OLTHEHUA         *
                                  *
    Defendant                     *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. SUSAN REDMOND | * | ATTY. CHRISTINE FREEMAN |

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY:** WANDA STINSON          **INTERPRETER:** BEVERLY CHILDRESS
**COURT REPORTER:** RISA ENTREKIN

( X ) OTHER PROCEEDINGS: *PRELIMINARY HEARING*

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| **Description** | Preliminary Hrg - ||
| **Date** | 9 / 1 /2005   **Location**  Courtroom 4B ||
| **Time** | **Speaker** | **Note** |
| 2 :39:05 PM | Court | Court convenes; Interpreter sworn and placed underoath; |
| 2 :39:19 PM | Atty. Freeman | Ask to begins with case of Calihua-Tzompaxtle; |
| 2 :40:06 PM | Atty. Redmond | Calls Agent Blake Diamond; witness is sworn and seated; Discussion as to the traffic stop of defendant; Discussion as to obtaining and investigation of social security card; |
| 2 :44:04 PM | Atty. Freeman | Cross examination of witness; Discussion as to the stop of the deft; Discussion defts possession of social security card; Discussion of the I-9 form; |
| 2 :54:08 PM | Atty. Redmond | Re-direct of witness; Discussion of name of |
| 2 :54:25 PM | Court | Witness is excused; |
| 2 :54:34 PM | Court | Court finds probable cause that the deft committed a crime and will be held for further proceedings; Discussion as to the detainer still lodged against deft; |
| 2 :55:06 PM | USA vs. Gonzalez-Olthehua | Preliminary hrg begins; |
| 2 :55:15 PM | Atty. Redmond | Calls Agent Blake Diamond; Discussion as to the traffic stop and the arrest of the deft; Discussion of earning statement found in vehicle; Discussion of I-9 form; |
| 3 :06:44 PM | Atty. Freeman | Cross Examination of witness; Discussion of the completed I-9 form; Discussion of affidavit in complaint; |
| 3 :16:47 PM | Court | Witness is excused; |
| 3 :16:55 PM | Court | Court finds probable cause to believe the deft violated the facts stated in the complaint; Discussion as to the detainer on deft; |
| 3 :17:13 PM | Court | Court is recessed. |