IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
|     Plaintiff | * | |
| | * | |
| VS. | * | CASE NO.: 2:05MJ108-CSC |
| | * | |
| ROGELIO GONZALEZ-OTHEHUA | * | |
| | * | |
|     Defendant | * | |

## WITNESS LIST:

**GOVERNMENT**                                   **DEFENDANT**

1. Agent Blake Diamond                           1.

2.                                               2.