US
     2:05 cr 219-T
Rogelio Gonzales-Olthehua

I hereby waive my right to have 30 days to prepare for trial and agree to have it set on the term beginning October 12, 2005.

Respectfully submitted, this 21st day of September, 2005

Rogelio Gonzalez Olthehua
Rogelio Gonzales-Olthehua