| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** September 21, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:39 - 10:54 |
| | **COURT REPORTER:** Risa Entrekin |

√ **ARRAIGNMENT**   ❏ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr219-T   **DEFENDANT NAME:** Rogelio Gonzalez-Olthehua
**AUSA:** Tommie Hardwick   **DEFENDANT ATTORNEY:** Joseph VanHeest
   Standing in for Susan Redmond   Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
   ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

**Interpreter present?** ( )NO; (√)YES   Name: Beverly Childress

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty**
   ❏ **Guilty as to:**
      ❏ **Count(s):**
      ❏ **Count(s):**   ❏ dismissed on oral motion of USA
         ❏ to be dismissed at sentencing
❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:** 10/12/05   ❏ **WAIVER OF SPEEDY TRIAL filed.**
      **DISCOVERY DISCLOSURE DATE:** 9/21/05
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
      ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
         ❏ Defendant requests time to secure new counsel

**\*\*Defendant filed 30 day Waiver - Waived 30 days to prepare for trial.**