**COURTROOM DEPUTY'S MINUTES**                 **DATE: September 28, 2005**

**MIDDLE DISTRICT OF ALABAMA**                 **Digital Recording: 2:03 - 2:06**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:05cr219-T**          **DEFENDANT(S) Rogelio Gonzalez-Olthehua**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| Susan Redmond | * | Joseph Van Heest |
| | * | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**
    **Completed**

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
    **Defendant will plea - Government working on plea agreement**
    **Last plea date - Oct. 3**

❒ **TRIAL STATUS**
    **Trial time - 1 ½ days**

❒ **REMARKS:**