IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr219-T |
| | ) | |
| ROGELIO GONZALEZ-OLHEHUA | ) | |

**ORDER**

The defendant, ROGELIO GONZALEZ-OLHEHUA, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, ROGELIO GONZALEZ-OLHEHUA, appear with counsel before the undersigned Magistrate Judge on October 3, 3005 at 3:00 p.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter and interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 30th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE