# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   DECEMBER 19, 2005            AT        11:20      A.M./P.M.

DATE COMPLETED   DECEMBER 19, 2005            AT        11:26      A.M./P.M.

UNITED STATES OF AMERICA              )
                                      )
    v                                 )    Cr No. 2:05cr219-T
                                      )
ROGELIO GONZALEZ-OLTHEHUA             )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Susan Redmond | X | Atty Joseph Peter Van Heest |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:
Sheila Carnes,            Kevin Kish,            Mitchell Reisner,
 Courtroom Clerk           Law Clerk              Court Reporter
              Beverly Childress, Interpreter

PROCEEDINGS:
( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SENTENCING HEARING

11:20 a.m.    Sentencing hearing commenced.
              The interpreter has been sworn.  Terms of plea agreement
              were stated on the record; no objections to plea agreement
              from PO; Court **accepts plea agreement**.  Parties have no
              objections to PSR; sentence imposed.  Government's **ORAL
              MOTION** to dismiss counts three and four of the indictment;
              **ORAL ORDER** granting motion to dismiss.
11:26 a.m.    Hearing concluded.